AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Eastern District of New York

| | | |
|---|---|---|
| Natasha Gregg | ) | |
| | ) | |
| | ) | |
| | ) | |
| *Plaintiff(s)* | ) | |
| v. | ) | Civil Action No. |
| | ) | |
| Marriott Ownership Resorts Inc, JP Morgan Chase Bank NA, Navient Solutions LLC, National Credit Systems Inc dba NCS of Georgia, DPL Associates Ltd, Collecto Inc dba EOS CCA, Synchrony Financial | ) ) ) ) | |
| *Defendant(s)* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*
Marriott Ownership Resorts Inc.- c/o Prentice Hall Corporation System Inc. - 80 State Street, Albany, New York 12207
JP Morgan Chase Bank NA - c/o CT Corporation System Inc. - 28 Liberty Street, New York, New York 10005
Navient Solutions LLC - c/o Corporation Service Company - 1180 Avenue of the Americas, Suite 210, New York, New York 10036
National Credit Systems Inc. dba NCS of Georgia - 3750 Naturally Fresh Blvd., Atlanta, Georgia 30349
DPL Associates Ltd. - 24 North Park Terrace, Congers, New York 10920
Collecto Inc dba EOS CCA - 700 Longwater Drive, Norwell, Massachusetts 02061
Synchrony Financial - c/o CT Corporation System Inc. - 28 Liberty Street, New York, New York 10005

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:     Law Office of Abel L. Pierre, PC
Abel L. Pierre, Esq.
140 Broadway, 46th Floor
New York, NY 10005
(212) 766-3323

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____          _____
*Signature of Clerk or Deputy Clerk*